*E-FILED: January 18, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERT BROWN,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, ET AL.

Defendants.

/

No. C12-04587 HRL

**ORDER VACATING HEARING AND DENYING REQUEST TO APPEAR BY TELEPHONE AS MOOT**

The Motion to Dismiss (Dkt 5) previously noticed for January 22, 2013 at 10:00 AM has been taken under submission without oral argument pursuant to Civ. L.R. 7-1(b). The January 22, 2013 hearing is VACATED. The Court will issue a further Order on the submitted motion. The Court DENIES as moot Defendants' request to appear at the hearing on the telephone. (Dkt. 19).

**IT IS SO ORDERED.**

Dated: January 18, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

**C 12-04587 HRL Order will be electronically mailed to:**

Batkhand Zoljargal: zola@mytrustedattorney.com

Jeremy J. Alberts: jeremy@mytrustedattorney.com, jesse@mytrustedattorney.com

Mary Catherine Kamka: mkk@severson.com, ae@severson.com, jc@severson.com, klm@severson.com, mks@severson.com

Peter Nathan Osborn: peter.nathan.osborn@gmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**