*E-Filed: June 4, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT BROWN,<br><br>    Plaintiff,<br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION, ET AL.,<br><br>    Defendants. | No. C12-04587 HRL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

On August 23, 2013, this Court granted Defendant's motion to dismiss finding that Plaintiff's claims arising under federal law failed to state a claim for relief and declining to exercise supplemental jurisdiction over his state law claims. Plaintiff was given 14 days to amend his pleading, but he has not done so. Accordingly, Plaintiff shall appear on **June 24, 2014, at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed for failure to prosecute. Failure to appear will be further grounds for dismissal of the action. If, however, prior to the hearing Plaintiff files a request for dismissal, or the parties file a stipulation for dismissal, then no appearance will be required.

**IT IS SO ORDERED.**

Dated: June 4, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C1-04587 HRL Order will be electronically mailed to:**

Batkhand Zoljargal      zola@mytrustedattorney.com

Jeremy Jon Alberts      jeremy@mytrustedattorney.com, jesse@mytrustedattorney.com

Mary Catherine Kamka      mkk@severson.com, ae@severson.com, jc@severson.com, klm@severson.com, mks@severson.com

Peter Nathan Osborn      peter.nathan.osborn@gmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**